*State, Respondent, v. Fernandez, Petitioner*, No. 93895-4. Petition for review of a decision of the Court of Appeals, No. 48087-5-II, September 27, 2016, 196 Wn. App. 1013. *Denied* March 29, 2017.

*State, Respondent, v. Evans, Petitioner*, No. 93910-1. Petition for review of a decision of the Court of Appeals, No. 48008-5-II, November 29, 2016, 196 Wn. App. 1075. *Denied* March 29, 2017.

*Alsager, Petitioner, v. Bd. of Osteopathic Med. & Surgery et al., Respondents*, No. 93916-1. Petition for review of a decision of the Court of Appeals, Nos. 47367-4-II and 47727-1-II, November 15, 2016, 196 Wn. App. 653. *Denied* March 29, 2017.

*LSF Structures Ltd. et al., Petitioners, v. Brix Condo., LLC, et al., Respondents*, No. 93917-9. Petition for review of a decision of the Court of Appeals, No. 73427-0-I, November 7, 2016, 196 Wn. App. 1048. *Dismissed* March 29, 2017.

*State, Respondent, v. Ontiveros, Petitioner*, No. 93920-9. Petition for review of a decision of the Court of Appeals, No. 72941-1-I, November 7, 2016, 196 Wn. App. 1047. *Denied* March 29, 2017.

*WCEM, Inc., Petitioner, v. Lost Lake Resort, LLC, Respondent*, No. 93921-7. Petition for review of a decision of the Court of Appeals, No. 47500-6-II, November 1, 2016, 196 Wn. App. 1045. *Denied* March 29, 2017.

*State, Petitioner, v. Hamilton, Respondent*, No. 93927-6. Petition for review of a decision of the Court of Appeals, No. 72516-5-I, October 24, 2016, 196 Wn. App. 461. *Denied* March 29, 2017.

*Avolio et al., Petitioners, v. Cedars Golf, LLC, Respondent*, No. 93933-1. Petition for review of a decision of the Court of Appeals, No. 48016-6-II, November 15, 2016, 196 Wn. App. 1063. *Denied* March 29, 2017.